UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE No.: 2:24-cv-00244

DIANE MANN AND
DAVID MANN,

    Plaintiffs,

vs.

SCOTTSDALE INSURANCE COMPANY,

    Defendant.

_____/

## PLAINTIFFS' COUNSEL'S RESPONSE TO ORDER TO SHOW CAUSE [D.E. 32]

**COMES NOW**, Plaintiffs' Counsel, Ardalan Montazer, (hereinafter "Plaintiffs' counsel and/or Undersigned"), hereby files his Response to this Honorable Court's Order to Show Cause [D.E. 32], and in support thereof states the following:

1.    The instant lawsuit is a breach of insurance contract filed by Plaintiffs arising out of Defendant's underpayment of insurance proceed and denial of coverages afforded under the Policy stemming from the catastrophic damages to their home during Hurricane Ian.

2.    First and foremost, the Undersigned acknowledges the emails sent to the Defense was inappropriate and unprofessional and on June 3, 2024

1

telephonically spoke to Defense Counsel, Ms. Stein and personally apologized for the Undersigned's behavior.

3.      The Undersigned was not evading the Defendant in complying with the Good-Faith Conference but does recognize the emails cited by the Defendant depict evasive and inappropriate behavior, which is not ever warranted, including in this matter.

4.      Due to the voluminous denial and underpayments of Hurricane Ian insurance claims, the undersigned has represented many victims of Hurricane Ian who have had their insurance claims underpaid and denied.

5.      Unfortunately, the volume of the insurance claims, catastrophic damages to client's homes, Undersigned providing his personal cell phone number to each and every client, Undersigned working extremely long hours-seven days a week, high expectations of clients, court deadlines, trial deadlines, preparing for in excess of forty (40) trials within the last twelve (12) months-which resolved either right before trial or at trial, and trying five (5) cases to verdict within the last twelve (12) months, has caused the Undersigned to endure substantial stress which has affected his mental and physical health and has affected him personally and professionally.

6.      The Undersigned acknowledges none of the foregoing is an excuse or warrants the behavior depicted in the emails submitted by the

2

Defendant and cited  by the Honorable Court in the Order to Show Cause [D.E. 32].

7.    Prior to the Honorable Court's Order to Show Cause [D.E. 32], the Undersigned has recognized that his behavior was inappropriate and unprofessional.

8.    Prior to the Honorable Court's Order to Show Cause [D.E. 32], the undersigned has performed the following corrective actions to ensure full compliance with professionalism:

   a.  Attended the Florida Bar's Mandatory Professionalism CLE- Two (2)  CLE hours;

   b.  Attended a five (5) days long in-person Florida Bar Approved Course at the University of Florida where Ethics and Professionalism were taught by both state and federal judges-Eleven and Half (11.5) CLE hours;

   c.  Attended weekly mentoring sessions with a partner within the same law firm;

   d.  Attended weekly mentoring sessions with a highly regarded board-Certified Trial attorney who is located in Sarasota, Florida;

   e.  Engaged in professionalism and work stress Conversations

with Defense Attorneys;

    f.  Attended professionalism meeting with an executive of an insurance company and defense attorney;

    g.  Reduction of Case Load;

    h.  Reduction of working hours;

    i.  Implemented hours of operation for answering client calls on personal cell phone; and,

    j.  Implemented a do not work at home, holidays or vacation policy.

9.    Since the Honorable Court's Order to Show Cause [D.E. 32], the undersigned has performed the following corrective actions to ensure full compliance with professionalism:

    a.  Attended mentoring sessions with a partner within the same law firm;

    b.  Attended mentoring sessions with a highly regarded board-Certified Trial attorney who is located in Sarasota, Florida;

    c.  Attended Remotely via Legal Fuel "Mental Health and Wellness of Florida Lawyers, "Five and Half (5.5) CLE hours;

d. Attended Remotely via Legal Fuel "Attorney Mental Health First Aid", Two (2) Hours CLE;

e. Attended Remotely via Legal Fuel "LegalFuel Speaker Series: Building a Gold Reputation", Two (2) Hours CLE

10.    The foregoing is not an exhaustive list of all of the corrective actions the Undersigned has engaged in to ensure the Undersigned practices with professionalism.

11.    The Undersigned will continue to take corrective actions indefinitely to ensure compliance with the Honorable Court's Local Rules, Professionalism Requirements, and the Florida Bar's Professionalism Requirements.

12.    The Undersigned has litigated multiple cases in the Honorable Court in the Middle District of Florida without any issues.

13.    The Undersigned has taken corrective measures prior to and after this Honorable Court's Order to Show Cause Order and will continue to take corrective measures to ensure he exceeds the professionalism standards.

## CONCLUSION

The Undersigned Respectfully requests that the Honorable Court not sanction the Undersigned or refer the Undersigned to the Grievance Committee as he has taken corrective measures prior to and after this Honorable Court's Order to Show Cause Order and will continue to take corrective measures to ensure he exceeds the professionalism standards.

Dated: June 4, 2024

Respectfully Submitted,
*/s/ Ardalan Montazer*
ARDALAN MONTAZER, ESQ.
Florida Bar No.: 1013546
**KANNER & PINTALUGA, P.A.**
Attorneys for Plaintiff
925 S. Federal Highway,
Sixth FloorBoca Raton, FL
33432 Phone: (561) 892-9819
Fax:    (561) 853-2188
Email: amontazer@kpattorney.com
FirstPartyEService@kpattorney.com

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed using the CM/ECF system to send notice to all parties of record on June 4 , 2024.