UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DIANE MANN AND
DAVID MANN,

      Plaintiffs,                                Case No.: 2:24-CV-00244-SPC-KCD

v.

SCOTTSDALE INSURANCE
COMPANY,

      Defendant,
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS STIPULATED, by and between DIANE MANN AND DAVID MANN and SCOTTSDALE INSURANCE COMPANY, pursuant to Federal Rule of Civil Procedure 41 Dismissal of Actions, that all claims and causes of action between and among the parties have been amicably resolved and that all claims and causes of action between and among the parties are hereby DISMISSED WITH PREJUDICE, with each party to bear their own attorneys' fees and costs.

Dated this March 13th, 2025.

By: /s/ *Max Messinger*  
MAX MESSINGER, ESQ.  
Florida Bar No.: 69988  
KANNER & PINTALUGA, P.A.  
925 S. Federal Highway, Sixth Floor  
Boca Raton, FL 33432  
Phone: (561) 424-0032  
Fax: (866) 641-4690  
Email: mmessinger@kpattorney.com  
rbarrett@kpattorney.com  
firstpartyeservice@kpattorney.com  
Attorney for Plaintiffs

By: /s/ *Nancy Stein*  
Nancy I. Stein, Esq.  
Florida Bar No.: 183555  
Milber Makris Plousadis & Seiden, LLP  
1900 NW Corporate Blvd., Suite 440 East  
Boca Raton, FL 33431  
Phone: (561) 994-7310 Ext. 303  
Fax: (561) 994-7313  
Email: nstein@milbermakris.com  
      Attorney for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 13th day of March 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission or Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      Respectfully submitted,

      **KANNER & PINTALUGA, P.A.**
      Attorneys for Plaintiffs
      925 S. Federal Highway, Sixth Floor
      Boca Raton, FL 33432
      Phone: (561) 424-0032
      Fax:    (561) 853-2188
      **COURT PHONE NUMBER: 1-888-824-7834**
      Email: mmessinger@kpattorney.com
            rbarrett@kpattorney.com
            FirstPartyEService@kpattorney.com

      By: _/s/ Max Messinger____.
       MAX M. MESSINGER, ESQ.
       Florida Bar No.: 69988

**SERVICE LIST**

**Nancy Stein, Esq.**
Milber Makris Plousadis & Seiden, LLP
1900 NW Corporate Blvd., Suite 440 East
Boca Raton, FL 33431
561.994.7310 Ext. 303
Fax: 561.994.7313
Email: nstein@milbermakris.com